

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    HDW2000 256 East 49th Street, LLC and Westbury, Inc.  **V.**  The City of Houston

Appellate case number:    01-12-00053-CV

Trial court case number:    0846371

Trial court:    113th District Court of Harris County

Date motion filed:    January 4, 2013

Party filing motion:    Appellants, HDW2000 East 49th Street and Westbury, Inc.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ <u>Terry Jennings</u>
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, Sharp

Date: <u>February 8, 2013</u>